

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00396-CV

| | | |
|---|---|---|
| In re Arnulfo Hernandez | § | From the 325th District Court |
| | § | of Tarrant County (325-478228-10) |
| | § | January 22, 2015 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered relator Arnulfo Hernandez's petition for writ of habeas corpus and is of the opinion that relief should be granted. Accordingly, we vacate the trial court's December 16, 2014 commitment order, order Hernandez discharged from custody, and we order any sureties discharged from all obligations on Hernandez's bond.

It is ordered that real party in interest Athelia Rooker pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel